IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JOHN PARKER**     **PLAINTIFF**

**V.**     **NO. 4:18-CV-43-DMB-JMV**

**MERITOR, INC., et al.**     **DEFENDANTS**

## ORDER

    The parties in this case have stipulated to the dismissal of all claims. Docs. #80, #85. Accordingly, the pending motions to dismiss [76][88] are **DENIED as moot**. This case is **CLOSED**.

    **SO ORDERED**, this 2nd day of December, 2019.

                                                           /s/Debra M. Brown
                                                           **UNITED STATES DISTRICT JUDGE**